11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Kenneth R. Scott

Appellant

Vs.                   No.
11-02-00037-CV B
Appeal from Harris County

Aldine
Independent School District et al

Appellees

 

Appellant
has filed in this court a motion to dismiss his appeal.  In his motion, appellant states that he no
longer wishes to pursue his appeal.  The
motion is granted.  TEX.R.APP.P. 42.1.

The
appeal is dismissed.

 

PER CURIAM

 

April 18, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.